# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

MICHAEL WAYNE THOMAS, JR.
ADC #611338                                                                                           PLAINTIFF

V.                                         2:05CV00225WRW/JTR

GREG HARMON, Warden,
East Arkansas Regional Unit, ADC                                                      DEFENDANT

## ORDER

On November 1, 2005, Defendant filed a Motion to Dismiss and Supporting Brief arguing that this *pro se* § 1983 action should be dismissed because: (1) Plaintiff failed to fully and properly exhaust his administrative remedies; and (2) Defendant Harmon is entitled to sovereign immunity. *See* docket entries #14 and #15. The Court concludes that a Response from Plaintiff would be helpful to the resolution of that Motion. Plaintiff should attach to his Response grievance forms or any other evidence demonstrating that he has timely and properly exhausted his administrative remedies.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff shall file, **within thirty days of the entry of this Order**, a Response to Defendant' Motion to Dismiss (docket entry #14).

2.	Plaintiff is advised that the failure to timely and properly comply with this Order could result in the dismissal of this case, without prejudice, pursuant to Local Rule. 5.5(c)(2).[1]

Dated this <u>3rd</u> day of November, 2005.

_____<br>
UNITED STATES MAGISTRATE JUDGE

---

[1] Local Rule 5.5(c)(2) provides that: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. <u>If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice</u>. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure." (Emphasis added).