IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

MICHAEL WAYNE THOMAS, JR.
ADC #611338                                                                                          PLAINTIFF

V.                                        2:05CV00225 JTR

GREG HARMON, Warden,
East Arkansas Regional Unit                                                              DEFENDANT

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's November 3, 2005 Order. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 21st day of December, 2005.

_____
UNITED STATES MAGISTRATE JUDGE